UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                     CASE NO. 07 B 17383
   SEDAT SADIKU
   REMZIJE SADIKU                          CHAPTER 13

                                           JUDGE: JOHN H SQUIRES
        Debtor
   SSN XXX-XX-0523     SSN XXX-XX-9732
```

---

## TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the adminstration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 09/24/07 .

2. The case was dismissed without confirmation, 02/01/2008.

3. The Debtor paid a total of $   2308.30 .

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GREEN TREE | CURRENT MORTG | .00 | .00 | .00 |
| GREEN TREE | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| AT&T MOBILITY LLC | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| DOMINION RETAIL | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE MEDICAL CLINIC | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| GIAGNORIO & ROBERTELLI L | UNSECURED | NOT FILED | .00 | .00 |
| HOLLYWOOD CASINO | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| ICE MOUNTAIN WATER | UNSECURED | NOT FILED | .00 | .00 |
| REISMAN PEIREZ & REISMAN | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| SEARS BKRUPTCY RCVRY MGM | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT NEXTEL | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| STRATEGIC ENERGY | UNSECURED | NOT FILED | .00 | .00 |
| T MOBILE | UNSECURED | NOT FILED | .00 | .00 |
| WASHINGTON MUTUAL CARD S | UNSECURED | NOT FILED | .00 | .00 |
| GMAC PAYMENT CENTER | UNSECURED | NOT FILED | .00 | .00 |
| GMAC PAYMENT CENTER | UNSECURED | NOT FILED | .00 | .00 |
| AMERICREDIT FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|

```
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED              .00         .00         .00         .00         .00
PRINCIPAL PAID                  .00         .00         .00         .00         .00
INTEREST PAID                   .00         .00         .00         .00         .00
TOTAL PAID                      .00         .00         .00         .00         .00
```
The Debtor's attorney, MYLER RUDDY & MCTAVISH         , was allowed $   3500.00
and was paid $     726.00   direct and $       .00   through the plan.

The Trustee received $          .00 .

Refunds to the Debtor totaled $    2308.30 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 05/20/08                    /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 07 B 17383 SEDAT SADIKU & REMZIJE SADIKU